MALCOLM T. ARENBURG, JR. *v.*
FARMHOLME, INC., ET AL.
(3630)

DUPONT, C. J., BORDEN and BIELUCH, Js.

Argued January 10—decision released February 4, 1986

*Richard H. Kosinski,* for the appellant (plaintiff).

*Raphael Korff,* for the appellee (named defendant).

*Robert Shluger,* for the appellee (defendant Lewis J. Payton).

*Armand A. Korzenik,* with whom was *Albert G. Murphy,* for the appellees (defendant Debra Griffin et al.).

PER CURIAM. There is no error.